CONTINENTAL BANK NOTE COMPANY v. INDUSTRIAL EXHIBITION COMPANY, appellants.

*Reference — compulsory of long account.*

In an action for work, labor and services done in engraving a quantity of bonds, coupons and certificates, and for materials furnished, the answer consisted of a general denial, an admission of the delivery of certain bonds and certificates, leaving the plaintiff "to prove the amount, character and value thereof," and a counter-claim. The plaintiff, on moving for a reference, made an affidavit in which it was stated, positively, that the trial of the action would require the examination of a long account. *Held*, that as the answer put the plaintiff to proof of the demand made in the complaint, and as the plaintiff's affidavit was in no way contradicted on the part of the defendant, the court had sufficient before it to justify the ordering of a reference.

APPEAL from an order referring the action to a referee to hear and determine the whole issues.

*John L. Cadwallader*, for appellant.

*Joseph J. Marrin,* for respondent.

DANIELS, J.

The head-note fully states the only point passed upon in the opinion.

*Order affirmed.*